**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700

**FILED**
OCT - 3 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

2:13 - CR - 0 3 3 1 GEB

11 | UNITED STATES OF AMERICA,        | CASE NO.
12 |            Plaintiff,            | ORDER TO SEAL
13 |         v.                       | (UNDER SEAL)
14 | ADELA GUERRERO, AND
    | BLANCA GUERRERO,
15 |            Defendants.

The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Todd A. Pickles to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated:

_____
HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge