BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>           v.<br><br>ADELA GUERRERO, et al.,<br><br>                      Defendants. | CASE NO. 2:13-CR-331 GEB<br><br>**AMENDED** STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Adela Guerrero, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 21, 2014.

2. By this stipulation, defendant now moves to continue the status conference until June 13 2014 and to exclude time between March 21, 2014 and June 13, 2014 under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a)    a)    The United States has represented that the discovery associated with this case includes investigative reports and wiretap applications in electronic form constituting approximately 1600 pages of documents. The United States also represents that the discovery includes approximately 20 CDs of audio recordings, including intercepted communications, and transcripts and

line reports. All of this discovery has been produced directly to counsel.

  b) Counsel for defendant desires additional time to consult with her client, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with her client, and to otherwise prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The United States does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 21, 2014 to June 13, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 19, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

Dated: March 19, 2014

*/s/ Todd A. Pickles for*
DANIELLE PEAY, ESQ.

Counsel for Defendant

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: March 20, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge