UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Garland E. Burrell Jr.
United States District Judge
Sacramento, California

                          **RE:  Adela  Guerrero**
                                **Docket Number:  0972 2:13CR00331-001**
                                **PERMISSION TO TRAVEL**
                                **OUTSIDE THE COUNTRY**


Your Honor:


Adela  Guerrero  is requesting permission to travel to Mexicali, Baja California, Mexico.  Adela Guerrero  is current with all supervision obligations, and the probation officer recommends approval be granted.

It is also respectfully requested that the probation officer be given discretion to approve future requests for international travel.

**Conviction and Sentencing Date:**   On March 3, 2015, Adela  Guerrero  was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) – Conspiracy to Distribute Heroin.

**Sentence Imposed:**  42 months custody at the Bureau of Prisons; 60 month term of Supervised Release; Mandatory drug testing; DNA collection; $100 Special Assessment.

**Dates and Mode of Travel:**  March 17 to March 20, 2017.  She will be traveling by vehicle.

**Purpose:**  Ms. Guerrero is requesting to visit her parents.

**RE:**     **Adela Guerrero**
      **Docket Number: 0972 2:13CR00331-001**
      <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ George A. Vidales
George A. Vidales
Supervising United States Probation Officer

Dated:   March 15, 2017
         Sacramento, California
         GAV/sg

         /s/ Sara E. Gnewikow
**REVIEWED BY:**     **Jack C. Roberson**
                     **Deputy Chief United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved     ☐     Disapproved

**Dated: March 16, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2