IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:13-cr-00331 GEB |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| ADELA GUERRERO, | ) | |
| Defendant. | ) | |

The court relieved Toni White in court on March 16, 2018. CJA Panel attorney Todd Leras is hereby appointed effective March 21, 2018, the date the Office of the Federal Defender first contacted him.

Dated: March 22, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER APPOINTING COUNSEL        1