LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ADELA GUERRERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0331 GEB |
| Plaintiff, | |
| vs. | ORDER IMPOSING SPECIAL CONDITION OF RELEASE |
| ADELA GUERRERO, | |
| Defendant. | Court: Hon. Garland E. Burrell, Jr. |

ORDER FOR RELEASE

Special condition number 8 of the terms of Supervised Release is amended as follows:

Defendant Adela Guerrero shall reside and participate in a residential community corrections center, Turning Point, for a period of up to 180 days; said placement shall commence on April 6, 2018 pursuant to 18 U.S.C. § 3563(b)(11). The cost of confinement is waived.

IT IS SO ORDERED.

Dated: April 6, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER FOR RELEASE