

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADELA GUERRERO,<br><br>　　　　Defendant. | Case No.: 2:13-CR-0331 GEB<br><br>ORDER FOR RELEASE OF PERSON IN FEDERAL CUSTODY |

Adela Guerrero is ordered released forthwith from the custody of the United States Marshal.

IT IS SO ORDERED.

DATED: April 6, 2018

HONORABLE GARLAND E. BURRELL, JR.
SENIOR UNITED STATES DISTRICT JUDGE

—file copy—
Served on USM on 4/6/18

ORDER FOR RELEASE