# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Garland E. Burrell  **RE:** **Adela Guerrero**
Senior United States District Judge  **Docket Number: 0972 2:13CR00331-001**
Sacramento, California  **PERMISSION TO TRAVEL**
  **OUTSIDE THE COUNTRY**

Your Honor:

Adela Guerrero is requesting permission to travel to Mexicali, B.C, Mexico. Adela Guerrero is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 27, 2015, Adela Guerrero was sentenced for the offense(s) of 21 USC 846 and 841(a)(1), Conspiracy to Distribute Heroin.

**Sentence Imposed:** 42 Months Custody, 60 Months Supervised Release.

**Dates and Mode of Travel:** March 15, 2019, through March 30, 2019. Will be travelling in a White Jeep Wrangler (Tag No. 7SZB941), registered to Isaac Vega and Jesus Guerrero.

**Purpose:** Visit parents.

RE: Adela Guerrero
Docket Number: 0972 2:13CR00331-001
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

Laura Del Villar
United States Probation Officer

Dated: March 6, 2019
Visalia, California
LAD

**REVIEWED BY:** /s/ Lonnie E. Stockton
**Lonnie E. Stockton**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved ☐ Disapproved

**Dated: March 7, 2019**

GARLAND E. BURRELL, JR.
Senior United States District Judge