HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ADELA GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-cr-00331-DAD-BAM |
|---|---|
| Plaintiff, | ORDER FOR RELEASE FOR ADELA GUERRERO |
| vs. | |
| ADELA GUERRERO, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Adela Guerrero (Fresno County Sheriff's Booking No. 1925591; Person ID 7097091) shall be released to Kevin Mitchel of the Federal Defender's Office, from the Fresno County Jail on Thursday, July 11, 2019, at 8:30 a.m. for transportation to the United States Probation Office in Visalia, California.

Dated: July, 10  2019

Honorable Sheila K. Oberto
United States Magistrate Court Judge

Guerrero: Release Order                    -1-