LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ADELA GUERRERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-331 JAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR COMPETENCY EVALUATION PURSUANT TO 18 U.S.C. § 4241 |
| ADELA GUERRERO, | |
| Defendant. | |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Samuel Stefanki, and Attorney Todd Leras on behalf of Defendant Adela Guerrero, stipulate as follows:

1. This matter came before United States Magistrate Judge Kendall J. Newman for a status conference regarding a "Petition for Warrant or Summons for Offender Under Supervision" (the "Petition") on February 5 and 6, 2020. The Petition, filed December 12, 2019, alleges in a single count that Adela Guerrero failed to participate

ORDER FOR COMPETENCY EVALUATION

in a mental health appointment as required by the terms of her supervised release.

2. The Justification section of the Petition sets forth several incidents causing the assigned probation officer, Laura Del Villar, to believe that Ms. Guerrero may present a danger to herself or others. The Petition includes the express request that Ms. Guerrero "be brought before the Court and referred for a competency hearing and psychiatric evaluation."

3. Counsel for both sides acknowledged at the status conferences before Magistrate Judge Newman that the allegations in the Petition raised reasonable cause to believe that Ms. Guerrero may be suffering from a mental disease or defect rendering her mentally incompetent to assist in her defense within the meaning of 18 U.S.C. § 4241(a). The parties therefore jointly request that Ms. Guerrero be committed to the custody of the Attorney General to be examined by a licensed psychiatrist or psychologist as to her mental competency. This request is made pursuant to the express terms of 18 U.SC. §§ 4241(a) and 4247(b). The commitment shall be for a reasonable period of time, not to exceed thirty days, as required by 18 U.S.C. § 4247(b).

4. The mental competency evaluation of Ms. Guerrero shall take place, unless impracticable, at a suitable facility closest to the Court as required in 18 U.SC. § 4247(b). The facility selected by the Attorney General shall provide the Court, government counsel, and defense counsel with a written report, as required in 18 U.S.C. § 4247(c). The report shall be filed with the Court and served on counsel as soon as a determination as to her mental competency can reasonably be made, and in

ORDER FOR COMPETENCY EVALUATION

no event later than the status conference presently set for March 17, 2020.

Assistant U.S. Attorney Samuel Stefanki has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: February 7, 2020

By   */s/ Todd D. Leras for*
     SAMUEL STEFANKI
     Assistant United States Attorney

DATED: February 7, 2020

By   */s/ Todd D. Leras*
     TODD D. LERAS
     Attorney for Defendant
     ADELA GUERRERO

ORDER FOR COMPETENCY EVALUATION

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered:

1. Defendant Adela Guerrero is committed to the custody of the Attorney General for a mental competency evaluation for a period of time, not to exceed thirty days, pursuant to the terms of 18 U.S.C. §§ 4241(a) and 4247(b);

2. The Attorney General shall designate a suitable facility closest to the Eastern District of California, unless impracticable, to conduct the mental competency evaluation as required in 18 U.S.C. 4247(b);

3. The mental competency evaluation shall be conducted by the Federal Bureau of Prisons; and

4. The facility selected by the Attorney General shall file with the Court and serve on government and defense counsel a written report conforming to the requirements set forth in 18 U.S.C. § 4247(c). The report shall be filed and served no later than March 17, 2020, the date presently set for a status conference in this matter.

IT IS SO ORDERED.

DATED: February 10, 2020

                                            /s/ John A. Mendez
                                    HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT JUDGE

ORDER FOR COMPETENCY EVALUATION