1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  ADELA GUERRERO

6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-331 JAM |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE COMPETENCY EVALUATION HEARING PURSUANT TO 18 U.S.C. § 4241 |
| ADELA GUERRERO, | |
| Defendant. | |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Samuel Stefanki, and Attorney Todd Leras on behalf of Defendant Adela Guerrero, stipulate as follows:

1. This matter came before United States Magistrate Judge Kendall J. Newman for a status conference regarding a "Petition for Warrant or Summons for Offender Under Supervision" (the "Petition") on February 5 and 6, 2020. The Petition, filed December 12, 2019, alleges in a single count that Adela Guerrero failed to participate

ORDER FOR COMPETENCY EVALUATION

in a mental health appointment as required by the terms of her supervised release. The Petition includes the express request that Ms. Guerrero "be brought before the Court and referred for a competency hearing and psychiatric evaluation."

2. On February 7, 2020, the parties filed a stipulation jointly requesting that Ms. Guerrero be committed to the custody of the Attorney General to be examined by a licensed psychiatrist or psychologist as to her mental competency pursuant to the express terms of 18 U.SC. §§ 4241(a) and 4247(b). That commitment is expressly required to be for a reasonable period of time, not to exceed thirty days, as required under 18 U.S.C. § 4247(b). 18 U.S.C. § 4247(b) further provides that the director of the facility may apply for an extension of the period, not to exceed fifteen days.

3. On February 10, 2020, this Court Ordered Ms. Guerrero committed, for a period not to exceed thirty days, to the custody of the Attorney General for a mental competency evaluation. (ECF Docket Entry 136). The Court further ordered the facility selected by the Attorney General file with the Court and serve on government counsel and defense counsel a written report, as required in 18 U.S.C. § 4247(c), no later than March 17, 2020.

4. On February 13, 2020, defense counsel provided via email a copy of the Court's signed Order to the United States Marshal. On March 13, 2020, the United States Marshal's Office indicated that Ms. Guerrero left the Eastern District of California on March 2, 2020, arriving at the Seatac Federal Detention Center on March 12, 2020.

5. The parties jointly request that the status conference set for March 17, 2020 be continued to March 31, 2020. All other requirements of the Court's Order entered on

ORDER FOR COMPETENCY EVALUATION

February 10, 2020 to remain in full force and effect unless an application is made by the director of the Seatac Federal Detention Center for an extension of time as required under 18 U.S.C. 4247(b).

Assistant U.S. Attorney Samuel Stefanki has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: March 13, 2020

By     */s/ Todd D. Leras for*
       SAMUEL STEFANKI
       Assistant United States Attorney

DATED: March 13, 2020

By     */s/ Todd D. Leras*
       TODD D. LERAS
       Attorney for Defendant
       ADELA GUERRERO

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered:

1. The status conference for this matter is continued from March 17, 2020 to March 31, 2020 at 9:15 a.m.

2. The Seatac Federal Detention Facility shall file with the Court and serve on government and defense counsel a written report conforming to the requirements set forth in 18 U.S.C. § 4247(c). The report shall be filed and served no later than March 17, 2020, unless the director of the Seatac Federal Detention Center applies for an extension pursuant to 18 U.S.C. § 4247(b)

IT IS SO ORDERED.

DATED: March 13, 2020

                                      /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER FOR COMPETENCY EVALUATION