UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 9, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADELA GUERRERO

Defendant.

Case No. 2:13-CR-00331-JAM-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ADELA GUERRERO – Case No.: 2:13-CR-00331-JAM-1; Charge: 21 U.S.C. § 846 – from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_

\_\_\_\_ Unsecured Appearance Bond $ \_\_\_\_

\_\_\_\_ Appearance Bond with 10% Deposit

X (Other): Upon motion by the government, without objection by the defendant, the Court DISMISSED the Petition for Violation of Supervised Release (ECF No. 121) and TERMINATED the defendant's Term of Supervised Release.

Issued at Sacramento, California on June 9, 2020 at 10:30 AM.

By: _____
John A. Mendez, U.S. District Court Judge